David J. Furtado (SBN 232022)
Tanner W. Havens (*Pro Hac Vice*)
Furtado Law PC
3773 Cherry Creek North Drive
Suite 755
Denver, CO 80209
P: (303) 755-2929
dfurtado@furtadolaw.com
tanner@furtadolaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN WU, an individual, | Case No.: 2:22-cv-00005-MCS-PD |
| Plaintiff, | Hon. Mark C. Scarsi |
| v. | **NOTICE OF SETTLEMENT** |
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin Corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

Plaintiff Ivan Wu, by counsel, submits the following Notice of Settlement:

1. The parties have reached a resolution of this lawsuit.

2. The parties are finalizing formal agreements and will submit dismissal paperwork within 30 days, or otherwise report the status to the Court.

1  Dated: October 19, 2022

*/s/ David J. Furtado*
David J. Furtado, No. 28002
Tanner W. Havens
Furtado Law PC
3773 Cherry Creek North Drive, Ste. 755
Denver, CO 80209
Telephone: (303) 755-2929
dfurtado@furtadolaw.com
tanner@furtadolaw.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, the foregoing was filed via the CM/ECF system and served on the following:

BARBARA J. MANDELL (SBN 106523)
MATTHEW BALMUTH (SBN: 291675)
MANDELL, DAMON & ASSOCIATES, LLP
15760 Ventura Blvd., Suite 880
Encino, CA 91436
Tel. (818) 564-4023
barbara@mandellfirm.com
matthew@mandellfirm.com
***Attorneys for Defendant***

　　　　　　　　　　　　*/s/ David J. Furtado*
　　　　　　　　　　　　David J. Furtado