David J. Furtado (SBN 232022)
Furtado Law PC
3773 Cherry Creek North Drive
Suite 755
Denver, CO 80209
P: (303) 755-2929
dfurtado@furtadolaw.com
tanner@furtadolaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN WU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:22−cv−00005−MCS−PD<br><br>Hon. Mark C. Scarsi<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ivan Wu and Defendant Homesite Insurance Company of the Midwest, by their respective counsel, hereby stipulate to dismiss this action with prejudice.

///
///
///
///

Dated: November 21, 2022

        Furtado Law PC

        */s/ David J. Furtado*
        David J. Furtado
        ***Attorneys for Plaintiff***

Dated: November 21, 2022

        Mandell, Damon & Associates, LLP

        */s/ Barbara J. Mandell*
        Barbara Mandell
        ***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2022, the foregoing was filed via the CM/ECF system and served on the following:

BARBARA J. MANDELL (SBN 106523)
MATTHEW BALMUTH (SBN: 291675)
MANDELL, DAMON & ASSOCIATES, LLP
15760 Ventura Blvd., Suite 880
Encino, CA 91436
Tel. (818) 564-4023
barbara@mandellfirm.com
matthew@mandellfirm.com
***Attorneys for Defendant***

                              */s/ David J. Furtado*
                              David J. Furtado